1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  WILLIAM J. WHITSITT,

11          Plaintiff,                    No. CIV S-06-0397 MCE JFM PS

12       vs.

13  RON BARBOSA, et al.,

14          Defendants.              ORDER

15  _____/

16          Plaintiff is proceeding in this action pro se and in forma pauperis.  Good cause

17  appearing, IT IS HEREBY ORDERED that:

18          1.  Plaintiff shall obtain one USM-285 form for each defendant named in the

19  second amended complaint, one summons for each defendant and an instruction sheet.  Blank

20  USM-285 forms, blank summons, and instruction sheets are available in the office of the Clerk

21  of the Court.

22          2.  Within thirty days from the date of this order, plaintiff shall complete the

23  attached Notice of Submission of Documents and submit the completed Notice to the court with

24  the following documents:

25              a.  One completed summons for each defendant named in the second

26              amended complaint;

1

1      b.  One completed USM-285 form for each defendant named in the second

2      amended complaint; and

3      c.  Six copies of the endorsed second amended complaint filed October 11,

4      2006.

5           3.  Plaintiff need not attempt service on defendants and need not request waiver of

6   service.  Upon receipt of the above-described documents, the court will direct the United States

7   Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

8   without prepayment of costs.

9           4.  Failure to comply with this order may result in a recommendation that this

10  action be dismissed.

11  DATED:  November 13, 2006.

12

13                                    UNITED STATES MAGISTRATE JUDGE

14

15  001; whitsitt.usm

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM J. WHITSITT,

11          Plaintiff,                   No. CIV S-06-0397 MCE JFM PS

12      vs.

13   RON BARBOSA, et al.,               NOTICE OF SUBMISSION

14          Defendants.                 OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          _____        completed summons form

19          _____        completed USM-285 forms

20          _____        copies of the Second Amended Complaint

21   DATED:

22

23                                    _____
                                      Plaintiff
24

25

26