IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

       Plaintiff,                    No. CIV S-06-0397 MCE JFM PS

   vs.

RON BARBOSA, et al.,

       Defendants.          ORDER

_____/

       Plaintiff is proceeding in this action pro se and in forma pauperis. On November 27, 2006, plaintiff filed a request for forms and on November 28, 2006, plaintiff filed a request for extension of time to submit the forms necessary to accomplish service of process on defendants. Plaintiff seeks an additional ten days in which to submit completed summons and additional forms for service of process. This court's November 14, 2006 order granted plaintiff thirty days in which to submit the service forms to the court. Accordingly, plaintiff will be granted until December 26, 2006 in which to return the completed service forms to the court.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's November 27, 2006 request is granted; the Clerk of the Court shall send plaintiff seven USM-285 forms, seven summons and seven instruction sheets; and

/////

2.  Plaintiff's November 28, 2006 request for extension of time is granted; plaintiff shall have until December 26, 2006 in which to submit the forms required by this court's November 14, 2006 order.

DATED:  November 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

001; whitsitt.ext

1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  WILLIAM J. WHITSITT,

11          Plaintiff,              No. CIV S-06-0397 MCE JFM PS

12      vs.

13  RON BARBOSA, et al.,            NOTICE OF SUBMISSION

14          Defendants.             OF DOCUMENTS

15  _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17  order filed _____:

18          _____   completed summons form

19          _____   completed USM-285 forms

20          _____   copies of the Second Amended Complaint

21  DATED:

22
23                                          _____
                                            Plaintiff
24
25
26