IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | No. 2:06-cv-00397-MCE-JFM-PS |
| Plaintiff, | |
| v. | ORDER |
| RON BARBOSA, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On June 14, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 14, 2007, are adopted in full;

2. Defendants' amended motions to dismiss, filed March 7, 2007 (Docket Nos. 33 and 35) is granted in part.

3. Defendants' March 7, 2007 amended motion to strike (Docket No. 34) is denied without prejudice.

4. Defendants' March 7, 2007 motion for more definite statement (Docket No. 33) is denied without prejudice.

5. Plaintiff's October 11, 2006 second amended complaint is dismissed with leave to amend only the retaliation claim against defendant Barbosa Cabinets, Inc.

6. Within thirty days from the date of this order, plaintiff shall file a third amended complaint that complies with these findings and recommendations, the requirements of the Federal Rules of Civil Procedure, and the Local Rules of Practice; the third amended complaint must bear the docket number assigned this case and must be labeled "Third Amended Complaint"; plaintiff must file an original and two copies of the third amended complaint; failure to file a third amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated: July 17, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE