IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,                        No. CIV S-06-0397 MCE JFM PS

    vs.

RON BARBOSA, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se. On August 29, 2007, this court issued findings and recommendations based on plaintiff's failure to file a third amended complaint within thirty days from this court's order of July 18, 2007. However, on August 29, 2007, the court received plaintiff's request for extension of time to file the third amended complaint or other remedy, which was entered on the court's docket on August 30, 2007. Plaintiff's request for extension of time was signed August 25, 2007.

        Plaintiff seeks an extension of time "to file another objection with the court on abuse of discretion and acting beyond ADEA jurisdiction grant and prejudicial error. I will also then file Third Amended Complaint as ordered by this Court." (August 29, 2007 Request at 2.)

/////

1

1  Defendants object to plaintiff's request for a fifteen day extension of time because
2  plaintiff "failed to set forth good cause or any reasons whatsoever for why he failed to comply
3  with the Court's July 17, 2007 Order." (August 31, 2007 Obj. at 1.) Defendants contend
4  plaintiff's action should be involuntarily dismissed based on plaintiff's failure to prosecute or to
5  comply with the court's order, citing Fed. R. Civ. P. 41(b). (August 31, 2007 Obj. at 3.)
6  Defendants point out that plaintiff was warned in the district court's July 18, 2007 order that
7  "failure to file a third amended complaint in accordance with this order will result in a
8  recommendation that this action be dismissed." Id. at 2.

9  "Counsel shall seek to obtain a necessary extension from the Court or from other
10 counsel or parties in an action *as soon as the need for an extension becomes apparent*. Requests
11 for Court-approved extensions brought on the required filing date for the pleading or other
12 document are looked upon with disfavor." Local Rule 6-144(d) (emphasis added).

13 Here, plaintiff's third amended complaint was due on August 20, 2007. Plaintiff's
14 request for extension of time was not received until nine days later. Defendants are correct that
15 plaintiff failed to offer any reason for the delay. However, because plaintiff is proceeding pro se,
16 this court is unwilling to impose the drastic sanction of dismissal at this time. Defendants'
17 objections are overruled. Plaintiff is cautioned that in the future he must seek extensions of time
18 prior to the expiration of the deadline and he must demonstrate his reasons for seeking an
19 extension.

20 The August 29, 2007 findings and recommendations will be vacated. Plaintiff is
21 further cautioned that his request for extension will be partially granted; plaintiff will be granted
22 a brief extension of time in which to file a third amended complaint. Plaintiff's request for leave
23 to file further objection to the July 18, 2007 order dismissing the second amended complaint will
24 be denied.

25 Accordingly, IT IS HEREBY ORDERED that:
26 1. The August 29, 2007 findings and recommendations are vacated.

2. Plaintiff's August 29, 2007 request for leave to file further objection to the July 18, 2007 order dismissing the second amended complaint is denied.

3. Plaintiff's August 29, 2007 request for an extension of time is partially granted;

4. Plaintiff is granted until close of business Thursday, September 20, 2007, in which to file and serve a third amended complaint that complies with the July 18, 2007 order. Plaintiff is cautioned that failure to file a third amended complaint in accordance with that order will result in a recommendation that this action be dismissed

DATED: September 13, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; whitsitt.36

3