IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,                      No. CIV S-06-0397 MCE JFM PS

    vs.

RON BARBOSA, et al.,

    Defendants.                 FINDINGS & RECOMMENDATIONS

_____/

        By order filed July 18, 2007, plaintiff's second amended complaint was dismissed and thirty days leave to file a third amended complaint was granted.  On September 14, 2007, plaintiff's request for extension of time was partially granted; plaintiff was granted until September 20, 2007 in which to file a third amended complaint.  Plaintiff's request for leave to file further objections to the July 18, 2007 order dismissing the second amended complaint was denied.

        The September 20, 2007 deadline has now passed and plaintiff has not filed a third amended complaint.  Despite this court's order to the contrary, plaintiff filed objections to the dismissal of the second amended complaint (pl.'s September 17, 2007 objections), rather than filing a third amended complaint pursuant to the July 18, 2007 order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

1

1    These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
3  after being served with these findings and recommendations, plaintiff may file written objections
4  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
5  and Recommendations."  Plaintiff is advised that failure to file objections within the specified
6  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
7  (9th Cir. 1991).
8  DATED: October 9, 2007.

      UNITED STATES MAGISTRATE JUDGE

12  001; whitsitt.fta2

2