UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

**FILED**

DEC 1 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>RON BARBOSA, Business Owner; et al.,<br><br>    Defendants - Appellees. | No. 07-17228<br>D.C. No. CV-06-00397-MCE/JFM<br><br>**ORDER** |

This appeal has been taken in good faith   [  ]

This appeal is not taken in good faith   [✓]

Explanation: Plaintiff was given the opportunity to file a third amended complaint and he failed to do so. Plaintiff was warned that failure to file such complaint would result in a dismissal.

_____
Judge
United States District Court

Date: 12·19·07